IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES JAMES HESS                                                      PLAINTIFF

v.                          No. 3:14-cv-242-DPM-HDY

ARKANSAS COMMUNITY CORRECTIONS                          DEFENDANT

ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). The Court certifies that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 November 2014