IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES JAMES HESS                                              PLAINTIFF

v.                          No. 3:14-cv-242-DPM

ARKANSAS COMMUNITY CORRECTIONS                  DEFENDANT

## JUDGMENT

Hess's complaint is dismissed without prejudice. This dismissal counts as a strike under 28 U.S.C. § 1915(g).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

21 November 2014